UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

WILLIAM RAYMOND,

  Plaintiff

-vs-                                          CASE NO.: 8:17-cv-2443-T-24AEP

WELLS FARGO BANK, N.A.

  Defendant
_____/

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

COMES NOW the Plaintiff, WILLIAM RAYMOND, by and through his undersigned attorneys, hereby files this Notice of Voluntary Dismissal Without Prejudice of the captioned matter.

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System.

                                                    */s/Frank H. Kerney, III, Esquire*
                                                    Frank H. Kerney, III, Esquire
                                                    Florida Bar #: 88672
                                                    Morgan & Morgan, Tampa, P.A.
                                                    One Tampa City Center
                                                    201 North Franklin Street, 7th Floor
                                                     Tampa, FL 33602
                                                    Telephone: (813) 223-5505
                                                    Facsimile: (813) 223-5402
                                                    fkerney@forthepeople.com
                                                    jkneeland@forthepeople.com
                                                    mbradford@forthepeople.com
                                                    *Counsel for Plaintiff*